# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN OF TEXAS

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| | ) Case No.: 13-cv-3082 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-21, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
## DOE #19, OWNER OF IP ADDRESS 98.194.167.116

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant who is identified in Plaintiff's Complaint as DOE # 19, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 98.194.167.116.

DATED: February 14, 2014           Respectfully submitted,

　　　　　　　　　　　　　　　　　　TCYK, LLC

　　　　　　　　　　　　　　　By:   s/ Keith A. Vogt
　　　　　　　　　　　　　　　　　　Keith A. Vogt (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　Takiguchi & Vogt, LLP
　　　　　　　　　　　　　　　　　　1415 W. 22nd Street, Tower Floor
　　　　　　　　　　　　　　　　　　Oak Brook, Illinois 60523
　　　　　　　　　　　　　　　　　　(630) 974-5707
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff