In The United States District Court
Southern District Of Texas

| | |
|---|---|
| TCYK LLC, | ) |
| | ) |
| | ) Case No.: 13-cv-3082 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Does 1-21, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice as to the Defendant identified in Plaintiff's Complaint as Doe No. 13, IP address 98.196.233.197.

DATED:  February 25, 2014          Respectfully submitted,

                                   TCYK LLC

                            By:    s/ Keith A. Vogt
                                   Keith A. Vogt (Bar No. 6207971)
                                   Takiguchi & Vogt, LLP
                                   1415 W. 22nd Street, Tower Floor
                                   Oak Brook, Illinois 60523
                                   630.974.5707
                                   Attorney for Plaintiff