UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TCYK LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-03082 |
| | § | |
| DOES 1-21, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Pursuant to the Plaintiff's Notice of Dismissal filed on February 25, 2014 (Doc. 17) defendant Doe No. 13, IP address 98.196.233.197, is DISMISSED without prejudice. All costs and fees are to be paid by the parties that incurred them.

SIGNED at Houston, Texas, this 28th day of February, 2014.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE